# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DAVID L. VINEYARD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIV-03-1745-R |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner, Social Security** | ) |
| **Administration,** | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered February 9, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety, Plaintiff's application for an attorney fee award [Doc. No. 27] is GRANTED, Plaintiff is awarded $4,171.70 as a reasonable attorney fee pursuant to 28 U.S.C. § 2412(d)(1)(A) and the award is payable to Plaintiff's counsel, Troutman & Troutman, P.C., which shall reimburse Plaintiff the smaller of either this award or any subsequent 42 U.S.C. § 406(b) award.

**It is so ordered this 13th day of April, 2006.**

*[signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE